motion to clarify the order of January 9, 350 U. S. 926, and the petition for reconsideration of the judgment as to costs are denied.

No. 241. NATIONAL LABOR RELATIONS BOARD *v.* LION OIL Co. C. A. 8th Cir. Certiorari granted. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling* and *Dominick L. Manoli* for petitioner. *Jeff Davis* and *Sam Pickard* for respondent.

No. 713. KINSELLA, WARDEN, *v.* KRUEGER. C. A. 4th Cir. Certiorari granted. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Richard J. Blanchard* for petitioner. *Frederick Bernays Wiener* for respondent. See 137 F. Supp. 806.

No. 254. SMITH, COLLECTOR OF INTERNAL REVENUE, *v.* CURTIS PUBLISHING Co. C. A. 3d Cir. Certiorari denied. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, A. F. Prescott* and *Fred E. Youngman* for petitioner. *Francis H. Scheetz* for respondent.

No. 337. BANKS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Joseph A. Maun* and *John W. Graff* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Joseph M. Howard* for the United States.

No. 598. HOLCOMB ET AL. *v.* AETNA LIFE INSURANCE Co. C. A. 10th Cir. Certiorari denied. *Glenn O. Young* and *Warren E. Miller* for petitioners. *Robert J. Woolsey* for respondent.